**No. 59626.**—Pomerantz Associates, Inc. *v.* United States, protests 246190–K (A), etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of pepper mills, described on the invoices as article 2 or article 10, which are, in fact, manufactures wholly or in chief value of wood, not specially provided for, the claim of the plaintiff was sustained.

**No. 59627.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 261798–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of doilies similar in all material respects to those the subject of Abstract 58520, the claim of the plaintiffs was sustained.

**No. 59628.**—Quon Quon Company *v.* United States, protests 245685–K and 249370–K (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.